GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
RYAN P. DEJOE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ryan.dejoe@usdoj.gov
Attorneys for Plaintiff

FILED

2021 OCT 27 PM 12: 50

CR21-02765 TUC-RM(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Anthony Michael Panzero,<br><br>        Defendant. | **I N D I C T M E N T**<br><br>Violations:<br>21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Marijuana)<br>Count 1<br><br>21 U.S.C. § 841(a)(1) and<br>§ 841(b)(1)(D)<br>(Possession with Intent to Distribute Marijuana)<br>Count 2<br><br>21 U.S.C. § 963<br>(Conspiracy to Import Marijuana)<br>Count 3<br><br>21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(4)<br>(Importation of Marijuana)<br>Count 4 |

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown, to on or about August 23, 2020, in the District of Arizona, ANTHONY MICHAEL PANZERO did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I

controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about August 23, 2020, in the District of Arizona, ANTHONY MICHAEL PANZERO did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 3

Beginning at a time unknown, to on or about August 23, 2020, in the District of Arizona, ANTHONY MICHAEL PANZERO did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to import into the United States from the Republic of Mexico less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(4).

All in violation of Title 21, United States Code, Section 963.

## COUNT 4

On or about August 23, 2020, in the District of Arizona, ANTHONY MICHAEL PANZERO did knowingly and intentionally import into the United States from the Republic of Mexico less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(4).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Date: OCT 2 7 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/ S /
RYAN P. DEJOE
Assistant U.S. Attorney